**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY SMITH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:25-cv-12976 |
| KAREN BLACHOWICZ, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LEVAN GROUP I, L.P., | |
| | |
| Defendant. | |

**AGREED MOTION TO STAY**

Defendant Levan Group I, L.P., by its undersigned counsel, respectfully moves this Court to stay all deadlines in this action for approximately forty-five days through March 2, 2026. In support of its motion, Defendant states as follows:

1.  Plaintiff and Defendant jointly desire to stay all deadlines in this action through and including March 2, 2026.

2.  The parties request this stay in order to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

3.  Plaintiff's counsel consented to Defendant's counsel filing this agreed motion to stay.

4.  Furthermore, this Motion is filed in good faith and is not interposed for the purposes of delay.

-2-

WHEREFORE, Defendant respectfully requests that the Court stay all deadlines in this action through March 2, 2026.

Dated:  January 13, 2026

Respectfully submitted,

*/s/ Joshua B. Concannon*

Joshua B. Concannon
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8919
*joshua.concannon@dentons.com*

*Counsel for Defendant Levan Group I, L.P.*

-2-