**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY SMITH AND KAREN BLACHOWICZ, <br><br> Plaintiffs, <br><br> v. <br><br> LEVAN GROUP I, L.P., <br><br> Defendant. | Civil Action No. 1:25-cv-12976 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.     Whereas Plaintiffs Kelly Smith and Kelly Blachowicz filed the above-referenced case against Defendant Levan Group I, L.P., on October 24, 2025.

2.     Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.     Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the complaint with prejudice.

Dated: January 30, 2026                    Respectfully Submitted,

*/s/ Benjamin J.  Sweet*
Benjamin J.  Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, &**
**SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this January 30, 2026.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
